**David Edward CRAWLEY,
Plaintiff–Appellant,**

v.

**D.A. BRAXTON, L. Mullins, Hearings
Officer, Defendants–Appellees.**

No. 03–6106.

United States Court of Appeals,
Fourth Circuit.

Submitted May 15, 2003.

Decided May 22, 2003.

David Edward Crawley, Appellant Pro Se.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

David Edward Crawley seeks to appeal the order of the district court dismissing without prejudice Crawley's 42 U.S.C. § 1983 (2000) suit for failure to state a claim upon which relief can be granted. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Crawley seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED.